AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br>Michael Nelson<br><br>*Defendant(s)* | ) ) ) Case No.<br>)     2:20-mj-00040<br>) ) ) ) |

**FILED MAR 19 2020**
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## CRIMINAL COMPLAINT BY RELIABLE ELECTRONIC SOURCE

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  **March 18, 2020**  in the county of  **Kanawha**  in the **Southern** District of **West Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Methamphetamine, a Schedule II controlled substance |

This criminal complaint is based on these facts:

On March 18, 2020, officers with MDENT executed a search warrant at 807 North Hills Drive, Charleston, Kanawha County, West Virginia and located approximately 48.85 pounds of suspected methamphetamine in a crawspace. Michael Nelson, one of the residents, took ownership of the suspected methamphetamine. The suspected methamphetamine field tested postive. I know 48.85 pounds of methamphetamine to be consistent with distribution.

☐ Continued on the attached sheet.

*Complainant's signature*

J.J. Garbin, Detective MDENT
*Printed name and title*

Sworn telephonically (reliable electronic means) by me.

Date: 03/19/2020

*Judge's signature*

City and state: Charleston, West Virginia

Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*